UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROPSF, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ARMSTRONG MARINE, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-06608-VC<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT AND GRANTING LEAVE TO AMEND COMPLAINT**<br><br>Re: Dkt. Nos. 40, 46 |

PropSF is granted leave to amend its complaint, and the amended complaint from February 6, 2018 is deemed filed. The defendants' motion to dismiss is denied as moot without prejudice to being refiled after the resolution of the motion to vacate the arrest in the related action. Discovery is open in both cases.

**IT IS SO ORDERED.**

Dated: February 15, 2018

VINCE CHHABRIA
United States District Judge